POINT GRATIOT SAND AND GRAVEL COMPANY, Appellant, *v.* HARTFORD FIRE INSURANCE COMPANY, Respondent.

*Point Gratiot Sand & Gravel Co.* v. *Hartford Fire Ins. Co.*, 156 App. Div. 924, affirmed.
(Argued October 11, 1915; decided October 26, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 12, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover upon a policy of fire insurance. The defense was that the insured had not, at the time the policy was issued, or at any time thereafter, unconditional and sole ownership of the property insured, as required by the policy.

*Ray M. Stanley* for appellant.

*Meredith Potter* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.